**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

        **Plaintiff,**

   -against-           16-CR-324 (ALC)

**ISAAC LOMELI-RIVERA ,**       **ORDER**

        **Defendant.**

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea Hearing is set for **November 16, 2021** at **3:30 p.m.**

**SO ORDERED.**

**Dated:**  New York, New York
     November 12, 2021

                    _____
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**