UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                     -against-

Isaac Lomeli-Rivera,
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-31-22

**ORDER**
16-CR-324 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    Sentencing set for **November 1, 2022** at **3:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       October 28, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE