UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-31-22_

-----------------------------------------------------------X

United States of America,

**ORDER**

**16-CR-324 (ALC)**

-against-

Isaac Lomeli-Rivera,

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The Sentencing set for November 1, 2022 is adjourned to **November 17, 2022**

at **3:30 p.m.**

**SO ORDERED.**

Dated: New York, New York
        October 31, 2022

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**